Antoine HAMILTON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97985.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 29, 2013.

Timothy J. Forneris, St. Louis, MO, for Appellant.

Chris Koster, Mary H. Moore, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

*ORDER*

PER CURIAM.

Antoine Hamilton ("Movant") appeals from the motion court's denial, after an evidentiary hearing, of his Rule 29.15 post-conviction relief motion. Movant's conviction and sentence was affirmed on direct appeal in *State v. Hamilton*, 326 S.W.3d 502 (Mo.App. E.D.2010). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Kenneth WILLIAMS, Appellant.

No. ED 98121.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 29, 2013.

Amanda Faerber, St. Louis, MO, for Appellant.

Chris Koster, Gregory L. Barnes, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

*ORDER*

PER CURIAM.

Kenneth Williams appeals from the trial court's judgment, following a jury's guilty verdict, of trafficking in the second degree, Section 195.223, RSMo 2000. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).